O

JS - 6

cc: order, docket, remand letter
to Los Angeles Superior Court, No. 12 U 01551

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VREZH TERASTVATSTRYAN, et al,<br><br>　　　　　　Defendants. | Case No. CV 12-05323 DDP (FMOx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>**[Dkt. No. 4, 6]** |

　　　Presently before the court is Plaintiff's Motion to Remand. Because Defendants have not filed an opposition, the court GRANTS the motion.

　　　Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9.  Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  C.D. CAL. L.R. 7-12.

　　　The hearing on Plaintiff's motion was set for July 30, 2012.

Defendants' opposition was therefore due by July 9, 2012.  As of the date of this Order, Defendants have not filed an opposition, or any other filing that could be construed as a request for a continuance.  Accordingly, the court deems Defendants' failure to oppose as consent to granting the **motion to remand, and GRANTS the motion (Dkt. No. 4).**

Plaintiff also seeks as order declaring Defendant Nona Agayan a vexatious litigant.  Plaintiff asserts that this is the second time Defendant Agayan has removed this case to federal court.  (Dkt. No. 6 at 4; Plaintiff's Request for Judicial Notice, Ex. 5).  **Plaintiff's motion (Dkt. No. 6) is DENIED**.  Defendants are cautioned, however, that further frivolous removals may result in the imposition of the measures Plaintiffs seek, as well as further sanctions.

IT IS SO ORDERED.

Dated: July 27, 2012

DEAN D. PREGERSON
United States District Judge

2